IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALLISON HOPPER-SANCHEZ,

        Plaintiff,

v.                                                       CIV 14-1042 JCH/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

        The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 6, 2015.  *See Doc. 34.*  The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, neither party has filed objections.

        Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 34)* is ADOPTED;

2.     Plaintiff's Motion to Remand *(Doc. 22)* is denied; and

4.     A final order is entered concurrently herewith.

                                                                            UNITED STATES DISTRICT JUDGE